■ ALEXANDER LYONS et al., Respondents, v WILLIAM SAPERSTEIN, Defendant, and HUNTINGTON HOSPITAL, Appellant. [610 NYS2d 792] —Oral application by the appellant to preclude this Court from considering a letter by the respondents' counsel dated December 2, 1993, and the papers annexed thereto, on an appeal from an order of the Supreme Court, Suffolk County, dated August 13, 1991.

Upon oral argument of the parties, it is,

Ordered that the application is granted. Copertino, J. P., Pizzuto, Santucci and Joy, JJ., concur.